BEFORE THE FIRST DIVISION, JUNE 16, 1955

**No. 59142.**—M. Pressner & Co. *v.* United States, protest 211332–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise identified on invoice 4 as item Nos. 5056, 5061, and 5663, contained in cases marked:

$$\begin{array}{cc} M & P \\ \dfrac{8042}{T} & 58063/4,\ 58068\ \text{and}\ 58070 \\ \& & Co. \end{array}$$

are adult trick articles, consisting of rubber lapel pin-ons with a rubber tube and bulb attached; that said articles are composed wholly or in chief value of rubber; and that they are not toys chiefly used for the amusement of children.   On the agreed facts, the claim of the plaintiff was sustained.

**No. 59143.**—W. T. Grant Co. *v.* United States, protests 913900–G and 937545–G (New York).

Opinion by OLIVER, C. J.   The protests were dismissed.

**No. 59144.**—Bertrand Freres, Inc. *v.* United States, protests 193423–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 59145.**—Camilli Albert & Laloue, Inc., et al. *v.* United States, protests 196935–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59146.**—Camilli Albert & Laloue, Inc., et al. *v.* United States, protests 203580–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59147.**—Bertrand Freres, Inc., et al. *v.* United States, protests 238319–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59148.**—A. Judson Murray & Co. *v.* United States, protest 236348–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of papain which has not been crushed, ground, shredded, or subjected to any other process or treatment beyond that essential to its proper packing and the prevention of decay or deterioration pending manufacture, the claim of the plaintiff was sustained.

**No. 59149.**—Federal Fur Co., Inc., et al. *v.* United States, protests 176685–K, etc. (Bridgeport).